FILED'08 DEC 01 09:56USDC-ORP

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF OREGON

| | |
|---|---|
| CHERYL L. RASK, | Civil No. 3:07-CV-1517-AC |
| Plaintiff, | |
| v. | JUDGMENT |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant. | |

It is hereby ORDERED and ADJUDGED that this action is reversed and remanded to the Commissioner of Social Security for further administrative proceedings consistent with the Order filed on December 1, 2008.

DATED this 26th day of November, 2008.

_____
UNITED STATES MAGISTRATE JUDGE