UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**CHERYL L. RASK,**
Plaintiff,

CV # 07-1517-AC

vs.

**MICHAEL J. ASTRUE,**
**COMMISSIONER of Social Security,**

ORDER FOR EAJA FEES

Defendant.

---

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $7014.77, pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412, shall be awarded to Plaintiff; made payable to and mailed to Plaintiff's attorney, Sharon Maynard.

DATED this 21 day of January, 2009.

HON. JOHN V. ACOSTA
UNITED STATES MAGISTRATE JUDGE

Presented by:

/s/ Linda Ziskin
**LINDA ZISKIN,** OSB # 01106
(503) 889-0472
Of Attorneys for Plaintiff